**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **THOMAS PLATT,** | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No.  **1:94-cr-00042-GZS** |
| | ) |       **1:16-cv-00232-GZS** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 101) filed June 6, 2016, the Recommended Decision if **AFFIRMED.** Accordingly, it is **ORDERED** that:

(1) the Petitioner's pending Section 2255 Motion (ECF No. 95) is hereby transferred to the First Circuit Court of Appeals pursuant to 28 U.S.C. § 1631 and First Circuit Rule 22.1(e);

(2) a certificate of appealability is **DENIED** pursuant to Rule 11 of the Rules Governing Section 2255 cases because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S. §2253(c)(2).

                                                         /s/ George Z. Singal
                                                         United States District Judge

Dated this 19th day of July, 2016.